**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

BARRY PAXTON, ADC #660117                                                PLAINTIFF

V.                                  No. 5:18CV00032 JLH/JTR

T. ROUSE, Mail Clerk,
Ester Unit, ADC, et al.                                                  DEFENDANTS

## ORDER

The Court has reviewed the Recommendation submitted by United States Magistrate Judge

J. Thomas Ray and the filed objections. After completing a *de novo* review in this case, the

Recommendation is approved and adopted in its entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED THAT:

1.      Paxton may proceed with his retaliatory transfer claim against Grey, in her

individual capacity only.

2.      The Clerk is directed to prepare a summons for Grey. The United States Marshal is

directed to serve the complaint, brief in support, amended complaint, statement of necessity, and

this Order on Grey through the ADC Compliance Division without prepayment of fees and costs

or security therefor.

3.      Paxton's motion to dismiss Angela West is granted, and she is dismissed without

prejudice as a defendant in this lawsuit.   Document #3.

4.      All other claims raised in the complaint and amended complaint are dismissed

without prejudice.

5.      It is certified, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal

from this Order would not be taken in good faith.

DATED this 10th day of July, 2018.

_____
UNITED STATES DISTRICT JUDGE