UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

BARRY PAXTON                                                                                        PLAINTIFF
ADC #660117

V.                              No. 5:18CV00032-JLH-JTR

MICHELLE GRAY,
Assistant Warden, Ester Unit                                                                    DEFENDANT

## ORDER

The Court has reviewed the Recommendation submitted by United States Magistrate Judge J. Thomas Ray. No objections have been filed. After careful review, the Recommendation is approved and adopted in its entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED THAT:

1. Defendant's motion for summary judgment (Document #20) is granted, and Barry Paxton's complaint and amended complaint are dismissed, in their entirety, without prejudice.

2. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal would not be taken in good faith.

DATED this 29th day of July, 2019.

_____
UNITED STATES DISTRICT JUDGE