UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

BARRY PAXTON                                                                                PLAINTIFF
ADC #660117

V.                              No. 5:18CV00032-JLH-JTR

MICHELLE GRAY,
Assistant Warden, Ester Unit                                                        DEFENDANT

## **JUDGMENT**

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, AND ADJUDGED that this case is hereby dismissed without prejudice.

IT IS SO ORDERED 29th day of July, 2019.

_____
UNITED STATES DISTRICT JUDGE